OFFICE OF DISCIPLINARY COUNSEL *v.* MASCIO.

[Cite as *Disciplinary Counsel v. Mascio* (2000), 88 Ohio St.3d 324.]

(No. 99–1865—Submitted December 1, 1999—Decided March 29, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Kenneth R. Donchatz,* Assistant Disciplinary Counsel, for relator.

*J. Craig Wright* and *Kirk A. Lindsey,* for respondent.

**Per Curiam.** We adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., concurs in judgment only.